# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| *Plaintiff,* | ) ) ) Case No. 5:21-cv-00203-R |
| v. | ) ) |
| ASSET GROUP, INC., ASSETS ON CALL, LLC, J2ES, INC., J2 GROUP, LLC, ROY SMITH ELECTRIC, LLC and VALIANT, INC., | ) ) ) ) ) |
| *Defendants.* | ) |

## JUDGMENT IN A CIVIL CASE

Before the Court are the parties' Notices of Acceptance of Offers of Judgment [Docs 67 & 69]. The Court has reviewed the Court file and is otherwise fully advised on the claims set forth in the Complaint and in the Counterclaims.[1]

THIS COURT FINDS, pursuant to Fed. R. Civ. P. 68, Zurich American Insurance Company ("ZAIC") timely accepted the Offer of Judgment by Asset Group, Inc., Assets On Call, LLC, J2ES, Inc., J2 Group, LLC, and Roy Smith Electric, LLC's (collectively "Asset Defendants") for a judgment in the sum of $153,606.46 (one hundred fifty-three thousand, six hundred dollars and 46/100); and further

---

[1] Asset Defendants pleaded Counterclaims against ZAIC in paragraphs 11-16 of the Counterclaims [Doc. 23]. The Counterclaims pleaded in paragraphs 11-15 have been dismissed [Docs. 54 & 64]. The only remaining Counterclaim is pleaded in paragraph 16 of the Counterclaims.

THIS COURT FINDS, pursuant to Fed. R. Civ. P. 68, Asset Defendants timely accepted the Offer of Judgment by ZAIC in the sum of $1,000 as an offset against the judgment in favor of ZAIC.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that ZAIC have and recover from Asset Defendants, jointly and severally, judgment in the sum of $152,606.46 (one hundred fifty-two thousand, six hundred dollars and 46/100).

**IT IS SO ORDERED** this 24th day of November 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE